UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD GUTIERREZ,

       Plaintiff,                      Case No. 8:17-cv-02751-VMC-TGW

vs.

CREDIT ACCEPTANCE CORPORATION,

       Defendant.

## **STIPULATED ORDER COMPELLING ARBITRATION**

By submission of this order for entry, the parties consent to its entry and the Court being fully advised in the premises hereby ORDERS that:

1. Plaintiff Edward Gutierrez ("Plaintiff") filed his Complaint against Defendant Credit Acceptance Corporation ("Credit Acceptance") on November 14, 2017.

2. Credit Acceptance requested that Plaintiff stipulate to binding arbitration per the Retail Installment Contract and Arbitration Clause.

3. Plaintiff and Credit Acceptance have agreed to arbitration, and shall voluntarily submit their respective claims and counterclaims to binding non-judicial arbitration.

4. The arbitration shall be conducted through either the American Arbitration Association or JAMS.

5. Credit Acceptance shall be responsible for all fees and costs associated with the filing of arbitration and payment of the arbitrators' fees; however, Plaintiff shall be responsible for initiating arbitration and paying the initial filing fee.

6. The parties will be responsible for their respective attorneys' fees and costs.

7.      This action against Credit Acceptance is stayed until the arbitration is complete or the Court is otherwise notified.

ORDERED on December ___, 2017

                                                    _____
                                                    United States District Court Judge

STIPULATED:

| | |
|---|---|
| */s/Heather H. Jones* | */s/Jacqueline Simms-Petredis* |
| Heather H. Jones | Jacqueline Simms-Petredis |
| Florida Bar No.: 0118974 | Florida Bar No.: 0906751 |
| THE CONSUMER PROTECTION FIRM | BURR & FORMAN LLP |
| 210-A S. MacDill Ave. | 201 North Franklin Street, Suite 3200 |
| Tampa, FL 33609 | Tampa, FL 33602 |
| (813) 500-1500 | (813)367-5751 |
| Heather@TheConsumerProtectionFirm.com | Jsimms-petredis@burr.com |
| | |
| *Attorneys for Plaintiff Edward Gutierrez* | */s/Stephen W. King* |
| | Stephen W. King (to be admitted *pro hac vice*) |
| | KING AND MURRAY PLLC |
| | 355 S. Old Woodward, Suite 100 |
| | Birmingham, MI 48009 |
| | (248) 792-2398 |
| | sking@kingandmurray.com |
| | |
| | *Attorneys for Defendant Credit Acceptance Corporation* |